DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JILL C. PENNOYER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1785

[August 17, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312002CF001103.

James Regan, Palm City, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and CONNER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***